IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARCUS JORDAN, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00043-MTT-MSH |
| | * |
| MACON STATE PRISON, | * |
| Defendant. | * |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 29, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 29th day of May, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk